IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUAN DE LOS SANTOS DE LA ROSA )
) No. 3-07-1275
v. )
)
STEPHANIE GRAINGER BURKE )

O R D E R

Pursuant to the order entered February 11, 2008 (Docket Entry No. 6), the petitioner filed a status report on March 4, 2008 (Docket Entry No. 7), advising that service on the respondent has not been effected, providing an account of the actions taken to locate the respondent, and concluding that it is very likely that the respondent is in Panama with the children.

By April 4, 2008, the petitioner shall file a notice of voluntary dismissal or another status report, including whether the petitioner has reasonable grounds to believe that the respondent can be located within the Middle District of Tennessee.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge